Revised 05/08

# United States Bankruptcy Court
## Eastern District of Michigan

In re __Noble International, Ltd.__      Case No. _____

Debtor(s)      Chapter __11__

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes __X__ No __
(If yes, complete Part 2.)

### Part 2

For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | Noble International, Ltd. | Noble Advanced Technologies, Inc. | Noble Land Holdings, Inc. |
| Relationship to this case | Affiliate | Affiliate | Affiliate |
| Case Number |  |  |  |
| Chapter | 11 | 11 | 11 |
| Date filed |  |  |  |
| District | E.D. of Michigan | E.D. of Michigan | E.D. of Michigan |
| Division |  |  |  |
| Judge |  |  |  |
| Status/Disposition |  |  |  |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

If the present case is a Chapter 13 case, state for each companion case:
Attorney
Legal fee $ _____ $ _____ $ _____
Proposed legal fee in this case $ _____
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

_____

### Part 3 - In a Chapter 13 Case Only

The Debtor(s) certify, re: 11 U.S.C. § 1328(f):
[indicate which]
   ☐ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
   ☐ Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
   ☐ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
   ☐ Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

__David J. Fallon__      _____      __Salvatore A. Barbatano__
Debtor      Debtor      Debtor's Attorney

Date: __4/15/09__

Foley & Lardner LLP
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
313-234-7100 Fax: 313-234-2800
sbarbatano@foley.com

**BANKRUPTCY PETITION COVER SHEET**
(Continuation Sheet)

Part 2 Supplement

For each companion case, state in chronological order of cases:

| | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | **Noble Manufacturing Group, Inc.** | **Noble Metal Processing - Kentucky G.P.** | **Noble Metal Processing, Inc.** |
| Relationship to this case | **Affiliate** | **Affiliate** | **Affiliate** |
| Case Number | | | |
| Chapter | **11** | **11** | **11** |
| Date filed | | | |
| District | **E.D. of Michigan** | **E.D. of Michigan** | **E.D. of Michigan** |
| Division | | | |
| Judge | | | |
| Status/Disposition | | | |

**(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)**

**If the present case is a Chapter 13 case, state for each companion case:**

| Attorney | | | |
|---|---|---|---|
| Legal fee | $ | $ | $ |
| Proposed legal fee in this case | $ | | |

Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

---

Part 2 Supplement

For each companion case, state in chronological order of cases:

| | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | **Noble Metal Processing-Indiana, Inc.** | **Noble Metal Processing-New York, Inc.** | **Noble Metal Processing-Ohio, LLC** |
| Relationship to this case | **Affiliate** | **Affiliate** | **Affiliate** |
| Case Number | | | |
| Chapter | **11** | **11** | **11** |
| Date filed | | | |
| District | **E.D. of Michigan** | **E.D. of Michigan** | **E.D. of Michigan** |
| Division | | | |
| Judge | | | |
| Status/Disposition | | | |

**(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)**

**If the present case is a Chapter 13 case, state for each companion case:**

| Attorney | | | |
|---|---|---|---|
| Legal fee | $ | $ | $ |
| Proposed legal fee in this case | $ | | |

Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

**Revised 05/08**

**BANKRUPTCY PETITION COVER SHEET**
(Continuation Sheet)

Part 2 Supplement

For each companion case, state in chronological order of cases:

| | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | **Noble Metal Processing-West Michigan** | **Noble Swiss Holdings, LLC** | **Noble TSA, LLC** |
| Relationship to this case | **Affiliate** | **Affiliate** | **Affiliate** |
| Case Number | | | |
| Chapter | **11** | **11** | **11** |
| Date filed | | | |
| District | **E.D. of Michigan** | **E.D. of Michigan** | **E.D. of Michigan** |
| Division | | | |
| Judge | | | |
| Status/Disposition | | | |

**(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)**

**If the present case is a Chapter 13 case, state for each companion case:**

Attorney
Legal fee          $                              $                              $
Proposed legal fee in this case     $
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

Part 2 Supplement

For each companion case, state in chronological order of cases:

| | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | **Noble Tube Technologies, LLC** | **Prototech Laser Welding, Inc.** | **Tailor Steel America, LLC** |
| Relationship to this case | **Affiliate** | **Affiliate** | **Affiliate** |
| Case Number | | | |
| Chapter | **11** | **11** | **11** |
| Date filed | | | |
| District | **E.D. of Michigan** | **E.D. of Michigan** | **E.D. of Michigan** |
| Division | | | |
| Judge | | | |
| Status/Disposition | | | |

**(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)**

**If the present case is a Chapter 13 case, state for each companion case:**

Attorney
Legal fee          $                              $                              $
Proposed legal fee in this case     $
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Noble International, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**38-3139487** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**28213 Van Dyke Ave.**<br>**Warren, MI**<br>ZIP Code **48093** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Macomb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Noble International, Ltd.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Noble International, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X /s/ Salvatore A. Barbatano
Signature of Attorney for Debtor(s)*

**Salvatore A. Barbatano**
Printed Name of Attorney for Debtor(s)

**Foley & Lardner LLP**
Firm Name

**One Detroit Center**
**500 Woodward Ave., Suite 2700**
**Detroit, MI 48226-3489**

Address

Email: sbarbatano@foley.com
**313-234-7100  Fax: 313-234-2800**
Telephone Number

4/15/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**David J. Fallon**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

4/15/09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## PENDING BANKRUPTCY CASES FILED BY ANY
## SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR

Including the debtor in this chapter 11 case, the following affiliated debtors simultaneously have filed voluntary chapter 11 petitions in this Court. Contemporaneously with the filing of these petitions, such entities filed a motion requesting that their chapter 11 cases be consolidated for procedural purposes only and jointly administered.

Noble International, Ltd.
Noble Manufacturing Group, Inc.
Noble Metal Processing-Ohio, LLC
Noble Metal Processing, Inc.
Noble Advanced Technologies, Inc.
Noble Metal Processing-New York, Inc.
Noble Metal Processing – Kentucky, G.P.
Prototech Laser Welding, Inc. (d/b/a LWI Laser Welding International)
Noble Tube Technologies, LLC
Noble Metal Processing-West Michigan, Inc.
Noble Metal Processing-Indiana, Inc.
Noble Land Holdings, Inc.
Noble Swiss Holdings, LLC
Noble TSA, LLC
Tailor Steel America, LLC

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Noble International, Ltd.**,    Debtor

Case No. _____

Chapter    **11**

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**001-13581**__.

2. The following financial data is the latest available information and refers to debtor's condition on __**1/10/09**__.

   a. Total assets      $ __**190,763,000.00**__

   b. Total debts (including debts listed in 2.c., below)      $ __**38,691,000.00**__

   c. Debt securities held by more than 500 holders.      Approximate number of holders

   | | | | | |
   |---|---|---|---|---|
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

   d. Number of shares of preferred stock      0      0

   e. Number of shares of common stock      23,673,000      0

   Comments, if any:

3. Brief description of debtor's business:
   **A full-service provider of flat, tubular, shaped and enclosed formed structures to automotive original equipment manufacturers and their suppliers, for use in automobile applications.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

# NOBLE INTERNATIONAL, LTD.
# CERTIFICATE OF SECRETARY

I, Andrew J. Tavi, the Secretary of Noble International, Ltd., a Delaware corporation (the "Company"), do hereby certify that the resolutions attached as <u>Exhibit A</u> hereto were duly adopted by the Board of Directors of the Company on the date indicated thereon.

IN WITNESS WHEREOF, I have executed this certificate this 9th day of April 2009.

_____
Andrew J. Tavi
Secretary

# EXHIBIT A

## RESOLUTIONS ADOPTED
## BY THE BOARD OF DIRECTORS OF
## NOBLE INTERNATIONAL, LTD.
## ON APRIL 9, 2009

1. **Extension of Chapter 11 Filing Authority**

   WHEREAS, in resolutions adopted on March 17, 2009 (the "March 17 Resolutions"), the Board of Directors (the "Board") of Noble International, Ltd. (the "Corporation") found a filing of a voluntary petition under chapter 11 of Title 11 of the United States Code, 11 U.S.C. 101, et seq. (a "Voluntary Chapter 11 Petition"), in a United States Bankruptcy Court to be in the best interest of the Corporation; and

   WHEREAS, in resolutions adopted on March 23, 2009 (together with the March 17 Resolutions, the "Prior Resolutions"), the Board extended the authority of the Authorized Individuals (as such term is defined in the March 17 Resolutions) to cause the filing of the Voluntary Chapter 11 Petition in a United States Bankruptcy Court to such time before April 15, 2009 as the Authorized Individual executing the Voluntary Chapter 11 Petition may determine; and

   WHEREAS, the Board has determined that it is appropriate and in the best interest of the Corporation, its creditors, stockholders and other interested parties to extend the period of time in which the filing of the Voluntary Chapter 11 Petition is authorized.

   NOW, THEREFORE, BE IT RESOLVED, that the Prior Resolutions are hereby extended, and that the Authorized Individuals be, and each of them hereby is, authorized and directed to cause the Voluntary Chapter 11 Petition to be filed in a United States Bankruptcy Court at any time before 5:30 PM, Eastern Time, on April 15, 2009, pursuant to the Prior Resolutions, in such form and at such time as the Authorized Individual executing the Voluntary Chapter 11 Petition shall determine.

2. **Authorization of Chapter 7 Filing**

   WHEREAS, the Board has determined that it is appropriate and in the best interest of the Corporation, its creditors, stockholders and other interested parties that, as an alternative to the filing of a Voluntary Chapter 11 Petition, the Authorized Individuals shall be authorized to file a voluntary petition under chapter 7 of Title 11 of the United States Code, 11 U.S.C. 101, et seq. (a "Voluntary Chapter 7 Petition"), in a United States Bankruptcy Court.

   NOW, THEREFORE, BE IT RESOLVED, that the Authorized Individuals shall be, and each of them hereby is, authorized and directed to cause a Voluntary Chapter 7 Petition to be filed in a United States Bankruptcy Court at any time before 5:30 PM, Eastern Time, on April 15, 2009, in such form and at such time as the Authorized Individual executing the Voluntary Chapter 7 Petition shall determine, unless a Voluntary Chapter 11 Petition has already been filed.

2

DETR_1138148.1

09-51720-mbm    Doc 1    Filed 04/15/09    Entered 04/15/09 15:41:17    Page 10 of 15

3. **Authority to Convert Chapter 11 Case to Chapter 7 Case**

**WHEREAS,** the Board has established a committee composed of independent directors (the "Committee") to, among other things, evaluate and consider the advantages of a bankruptcy filing; and

**WHEREAS**, the Board has determined that, in the event a Voluntary Chapter 11 Petition is filed in a U.S. Bankruptcy Court, it shall be advisable and appropriate for the Committee to possess the authority to direct the conversion of such case under chapter 11 of Title 11 of the United States Code, 11 U.S.C. 101, et seq. (the "Chapter 11 Case"), into a case under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. 101, et seq. (a "Chapter 7 Case").

**NOW, THEREFORE, BE IT RESOLVED**, that in the event a Voluntary Petition is filed in a U.S. Bankruptcy Court, then the Committee shall be, and hereby is, authorized to direct any and each of the Authorized Individuals to take such actions as are reasonable and necessary to convert the Chapter 11 Case into a Chapter 7 Case.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Noble International, Ltd.
_____,
                                 Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ArcelorMittal S.A.<br>19 Avenue de la Liberte<br>L-2390 Luxembourg | Common | 11,814,055 | 49.9% |
| David J. Fallon<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 6,311 | less than 1% |
| Frank J. Sovis<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 18,700 | less than 1% |
| James Thomas<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 2,607 | less than 1% |
| James W. Ayer<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 1,100 | less than 1% |
| Michael C. Azar<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 1,301 | less than 1% |
| Munder Captial Management<br>480 Pierce Street<br>Birmingham, MI 48009 | Common Stock | 1,311,352 | 5.6% |
| Richard P. McCracken<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 4,000 | less than 1% |
| Robert J. Skandalaris<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 49,104 | less than 1% |

___1___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re   **Noble International, Ltd.**                                                        Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Soundpost Partners, L.P.<br>Jamie Lester<br>405 Park Avenue<br>6th Floor<br>New York, NY 10022 | Common Stock | 1,500,000 | 6.4% |
| St. Denis J. Villere & Company<br>601 Poydras St., Suite 1808<br>New Orleans, LA 70130 | Common Stock | 767,131 | 3.3% |
| Thomas L. Saeli<br>840 W. Long Lake Road<br>Suite 601<br>Troy, MI 48098 | Common Stock | 54,225 | less than 1% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   4/15/09                                       Signature _____
                                                     David J. Fallon
                                                     CFO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                                                Best Case Bankruptcy

Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Noble International, Ltd.                                          Case No. _____
                              Debtor(s)                                     Chapter    11

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☒ The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

    Name:    **ArcelorMittal S.A.**
    Address:  **19 Avenue de la Liberte**
                 **L-2390 Luxembourg**

(For additional names, attach an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   4/15/09                              _____
                                                 Signature of Authorized Individual
                                                 For Corporation Debtor

                                                 **David J. Fallon**
                                                 Print Name

                                                 **CFO**
                                                 Title

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## STATEMENT OF AFFIRMATION BY DEBTORS

**CASE NAME:** Noble International, Ltd.

**CASE NUMBER:** _____

### AFFIRMATION BY DEBTOR(S)

I/We do hereby swear and affirm under penalty of perjury that I/we have read the foregoing form and all pleadings and attachments thereto and do hereby swear and affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: _____
David J. Fallon
Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy