THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NOBLE INTERNATIONAL, LTD., <u>et al.</u>[1] | ) | Case No. 09-51720-MBM |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Hon. Marci B. McIvor |
| | ) | |

## STIPULATION TO ENTRY OF ORDER ADJOURNING HEARING

The Debtors, by and through its counsel, Harrington, Dragich & O'Neill PLLC, the Official Committee of Unsecured Creditors, by and through its counsel, Jaffe, Raitt, Heuer & Weiss P.C. and the Office of the United States Trustee, by Jill M. Geis, hereby Stipulate to the entry of the attached Order Adjourning Hearing on Debtors' Application to Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisors and Investment Bankers.

---

[1] The Debtors in the cases include: Noble International, Ltd. ("Noble"); Noble Advanced Technologies, Inc., Case No. 09-51730; Noble Land Holdings, Inc., Case No. 09-51732; Noble Manufacturing Group, Inc., Case No. 09-51734; Noble Metal Processing – Kentucky, G.P., Case No. 09-51735; Noble Metal Processing, Inc., Case No. 09-51737; Noble Metal Processing – Indiana, Inc., Case No. 09-51738; Noble Metal Processing – New York, Inc., Case No. 09-51741; Noble Metal Processing – Ohio, LLC, Case No. 09-51742; Noble Metal Processing – West Michigan, Inc., Case No. 09-51744; Noble Swiss Holdings, LLC, Case No. 09-51745; Noble TSA, LLC, Case No. 09-51746; Noble Tube Technologies, LLC, Case No. 09-51748; Prototech Laser Welding, Inc. (d/b/a LWI Laser Welding International), Case No. 09-51751; and Tailor Steel America, LLC, Case No. 09-51752.

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Judith Greenstone Miller
Judith Greenstone Miller (P29208)
Jay L. Welford (P34471)
Attorneys for the Committee
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
Facsimile: (248) 351-3082
phage@jaffelaw.com


**HARRINGTON, DRAGICH & O'NEILL PLLC**

By: /s/ David G. Dragich
Judy A. O'Neill (P32142)
David G. Dragich (P63234)
Attorneys for the Debtors
21043 Mack Avenue
Grosse Pointe Woods, MI 48236
Phone: (313) 886-4550
Facsimile: (313) 221-9612
ddragich@hdolaw.com


**OFFICE OF THE UNITED STATES TRUSTEE**

By: /s/ Jill M. Gies
Jill M. Gies (P56345)
United States Trustee's Office
211 West Fort, Suite 700
Detroit, Michigan 48226
jill.gies@usdoj.gov

Dated: May 22, 2009.

2