UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

NOBLE INTERNATIONAL, LTD., *et al.*[1]

    Debtors.
_____/

Case No. 09-51720
Chapter 11
Honorable Marci B. McIvor
(Jointly Administered)

## ORDER ADJOURNING HEARING

THIS MATTER came before the Court on the Stipulation of the Debtors, the Official Committee of Unsecured Creditors and the Office of the U.S. Trustee to adjourn the hearing on Debtors' Application to Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisors and Investment Bankers, the Court being fully advised in the premises and otherwise finding good cause for entry of this Order;

**NOW, THEREFORE; IT IS HEREBY ORDERED AS FOLLOWS:**

The hearing on Debtors' Application to Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisors and Investment Bankers is adjourned from May 26, 2009 at 10:30 a.m. to May 26, 2009 at 1:00 p.m.

.

**Signed on May 22, 2009**

---

[1] The jointly administered Debtors in these cases are: Noble Advanced Technologies, Inc. (Case No. 09-51720); Noble Land Holdings, Inc. (Case No. 09-51732); Noble Manufacturing Group, Inc. (Case No. 09-51734); Nobel Metal Processing – Kentucky, G.P. (Case No. 09-51735); Noble Metal Processing, Inc. (Case No. 09-51737); Noble Metal Processing – Indiana, Inc. (Case No. 09-51738); Noble Metal Processing – New York, Inc. (Case No. 09-51741); Noble Metal Processing – Ohio, LLC (Case No. 09-51742); Noble Metal Processing – West Michigan, Inc. (Case No. 09-51744); Noble Swiss Holdings, LLC (Case No. 09-51745); Noble TSA, LLC (Case No. 09-51746); Noble Tube Technologies, LLC (Case No. 09-51748); Prototech Laser Welding, Inc. (d/b/a/ LWI Laser Welding International) (Case No. 09-51751); Tailor Steel America, LLC (Case No. 09-51752).

1746736

>  ___ __/s/ Marci B. McIvor_    ___
> **Marci B. McIvor**
> **United States Bankruptcy Judge**