THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NOBLE INTERNATIONAL, LTD., et al.,[1] | ) ) | Case No. 09-51720-mbm |
|  | ) ) |  |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE SECTION 1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN OF LIQUIDATION**

Upon the *Debtors' Motion for an Order Under Bankruptcy Code Section 1121(d) Extending Exclusive Periods During Which Debtors May File and Solicit Acceptances of a Plan of Liquidation* (the "Motion")[2] seeking entry of an order under Bankruptcy Code section 1121(d) extending the Exclusive Periods during which the Debtors may file and solicit a Plan pursuant to Section 1121(d) of Title 11 of the United States Code (the "Bankruptcy Code"), all as more fully described in the Motion; the Court having jurisdiction pursuant to Sections 157 and 1334 of Title 28 of the United States Code to consider the Motion and the relief requested therein; venue being proper in this Court pursuant to Sections 1408 and 1409 of Title 28 of the United States Code; it appearing that no other or further notice need be provided; the Court having determined that the

---

[1] The Debtors in the cases include: Noble International, Ltd. ("Noble"); Noble Advanced Technologies, Inc., Case No. 09-51730; Noble Land Holdings, Inc., Case No. 09-51732; Noble Manufacturing Group, Inc., Case No. 09-51734; Noble Metal Processing – Kentucky, G.P., Case No. 09-51735; Noble Metal Processing, Inc., Case No. 09-51737; Noble Metal Processing – Indiana, Inc., Case No. 09-51738; Noble Metal Processing – New York, Inc., Case No. 09-51741; Noble Metal Processing – Ohio, LLC, Case No. 09-51742; Noble Metal Processing – West Michigan, Inc., Case No. 09-51744; Noble Swiss Holdings, LLC, Case No. 09-51745; Noble TSA, LLC, Case No. 09-51746; Noble Tube Technologies, LLC, Case No. 09-51748; Prototech Laser Welding, Inc. (d/b/a LWI Laser Welding International), Case No. 09-51751; and Tailor Steel America, LLC, Case No. 09-51752.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them as set forth within the Motion.

1

relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having heard the evidence and statements of counsel regarding the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

**IT IS THEREFORE:**

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Plan Period shall be and hereby is extended, and the Debtors shall have the exclusive right to file one or more liquidation plans or a motion to further extend such Plan Period through and including September 15, 2009; and it is further

**ORDERED** that the Solicitation Period shall be and hereby is extended, and the Debtors shall have the exclusive right to solicit and obtain acceptances for any plan(s) of liquidation or to file a motion to further extend such Solicitation Period through and including November 16, 2009; and it is further

**ORDERED** that this Order is without prejudice to (i) the right of the Debtors to seek further extensions of the Exclusive Periods, and (ii) the right of any party-in interest to seek to reduce the Exclusive Periods for cause; and it is further

**ORDERED** that Notwithstanding Rule 6006(d) of the Federal Rules of Bankruptcy Procedure, this Order shall take effect immediately upon signature.

.

**Signed on August 17, 2009**

                                                          __/s/ Marci B. McIvor_

                                                          **Marci B. McIvor**

                                                          **United States Bankruptcy Judge**