**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NOBLE INTERNATIONAL, LTD., et al.,[1] | ) | Case No. 09–51720-MBM |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administrated) |
| | ) | |

**NOTICE[2] OF (I) CONFIRMATION OF THE DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION, (II) EFFECTIVE DATE OF THE PLAN, (III) DEADLINES FOR SUBMITTING (A) CLAIMS ARISING FROM THE REJECTION OF CONTRACTS, (B) REQUESTS FOR ADMINISTRATIVE CLAIMS AND (C) REQUESTS FOR ACCRUED PROFESSIONAL COMPENSATION**

1. **Confirmation of the Plan.** On November 30, 2009, the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "Bankruptcy Court") entered an order (the "Confirmation Order") confirming the Debtors' First Amended Joint Plan of Liquidation (Docket No. 705)(as amended by the Confirmation Order, the "Plan") of the above-captioned debtors (collectively, the "Debtors"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, which govern the matters set forth herein. A copy of the Plan and the Confirmation Order can be obtained by accessing the website of the Debtors' Claims Agent, www.administarllc.com.

2. **Effective Date.** The Effective Date of the Plan is November 30, 2009.

3. **Assumption or Rejection of Executory Contracts and Unexpired Leases.** Pursuant to the Plan and the Confirmation Order, and notices previously provided in these cases, Executory Contracts and Unexpired Leases of the Debtors will be assumed or rejected as of the Effective Date.

---

[1] The Debtors in the cases include: Noble International, Ltd. ("Noble"); Noble Advanced Technologies, Inc., Case No. 09-51730; Noble Land Holdings, Inc., Case No. 09-51732; Noble Manufacturing Group, Inc., Case No. 09-51734; Noble Metal Processing – Kentucky, G.P., Case No. 09-51735; Noble Metal Processing, Inc., Case No. 09-51737; Noble Metal Processing – Indiana, Inc., Case No. 09-51738; Noble Metal Processing – New York, Inc., Case No. 09-51741; Noble Metal Processing – Ohio, LLC, Case No. 09-51742; Noble Metal Processing – West Michigan, Inc., Case No. 09-51744; Noble Swiss Holdings, LLC, Case No. 09-51745; Noble TSA, LLC, Case No. 09-51746; Noble Tube Technologies, LLC, Case No. 09-51748; Prototech Laser Welding, Inc. (d/b/a LWI Laser Welding International), Case No. 09-51751; and Tailor Steel America, LLC, Case No. 09-51752.

[2] This Notice shall be serve on all parties entitled to notice.

1

4. **Bar Dates.**

a. **Administrative Claims Bar Date.** The Plan provides that Administrative Claims are Claims for costs and expenses of administration under sections 503(b), 507(b) or 1114(e)(2) of the Bankruptcy Code, including, but not limited to: (a) the actual and necessary costs and expenses incurred after the Petition Date of preserving the Estates and operating the businesses of the Debtors (such as wages, salaries or commissions for services and payments for goods and other services and leased premises); (b) Accrued Professional Compensation; and (c) all fees and charges assessed against the Estates under chapter 123 of title 28 United States Code, 28 U.S.C. §§ 1911-1930. Requests for payment of Administrative Claims, other than accrued Professional Compensation and fees due to the United States Trustee pursuant to 28 U.S.C. § 1930, must be filed with the Bankruptcy Court and served on the Noble Liquidating Trust at the following address: Noble Liquidating Trust, Erman, Teicher, Miller, Zucker & Freedman, 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, Attn: Earle I. Erman, Liquidating Trustee, no later than sixty (60) days after the Effective Date. Holders of Administrative Claims who do not file and serve a request by the applicable bar date shall be forever barred from asserting such Administrative Claims against the debtors, the Noble Liquidating Trust, their respective successors or their respective property, and such Administrative Claim shall be deemed discharged as of the Effective Date.

b. **Bar Date for Professionals.** Final fee applications for Accrued Professional Compensation must be filed with the Bankruptcy Court and served on the Noble Liquidating Trust, c/o Harrington Dragich PLLC, 21043 Mack Avenue, Grosse Pointe Woods, Michigan 48236, Attn: Richard P. McCracken, Liquidating Trustee and Erman, Teicher, Miller, Zucker & Freedman, 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, Attn: Earle I. Erman, Liquidating Trustee, no later than forty-five (45) days after the Effective Date.

c. **Bar Date for Filing Proofs of Claim Relating to Rejected Executory Contracts or Unexpired Leases.** All proofs of claim arising from the rejection of executory contracts or unexpired leases must be filed within thirty (30) days after the earlier of: (1) the date of entry of an order of the Bankruptcy Court approving any such rejection; and (2) the Effective Date. Any Claims arising from the rejection of an executory contract or unexpired lease for which proofs of claim are not timely filed within that time period will be forever barred from assertion against the Debtors, the Estates, their successors and assigns, and their assets and properties, unless otherwise ordered by the Bankruptcy Court, and such Claims shall be deemed discharged as of the Effective Date.

Dated: December 2, 2009      HARRINGTON DRAGICH PLLC

/s/ David G. Dragich
David G. Dragich (P63234)
James S. Harrington (P68384)
Stephen A. Weisberg (P72163)
21043 Mack Avenue
Grosse Pointe Woods, MI 48236
Phone: (313) 886-4550
Facsimile: (313) 221-9612
ddragich@harringtondragich.com
*Counsel for the Noble Liquidating Trust*