# EXHIBIT 4



# THE HARTFORD

# Invoice

Invoice Number: 972995

**Noble International, Ltd.**

Account Number: NI052680
Invoice Date: 12/02/2009

| Payment Method | EFT | Direct Check | Prepaid |
|---|---|---|---|
| Amount | $0.00 | $6,296.55 | $0.00 |
| Due Date | 12/07/2009 | 01/01/2010 | 12/02/2009 |

To  BRIGID O'DROSKI
    CONTROLLER
    NOBLE INTERNATIONAL, LTD.

| Receivable Item | Valuation Date | EFT | Direct Check | Prepaid | Total Due |
|---|---|---|---|---|---|
| **LOSS** | | | | | |
| Loss Reimbursement | 11/30/2009 | $0.00 | $0.00 | $59,013.97 | |
| Payment from Prefunded | | $0.00 | $0.00 | -$59,013.97 | |
| Total LOSS | | $0.00 | $0.00 | $0.00 | $0.00 |
| **SERVICE** | | | | | |
| Service Fees | 11/30/2009 | $0.00 | $6,296.55 | $0.00 | |
| Total SERVICE | | $0.00 | $6,296.55 | $0.00 | $6,296.55 |
| **Account Totals** | | $0.00 | $6,296.55 | $0.00 | $6,296.55 |

This invoice reflects the charges for the current billing period only, and may not represent all amounts due. Please notify us at 1-888-346-3119 or via fax at (860)547-5712 if you have any questions regarding this invoice.

Please enclose the bottom portion with your payment.

Invoice Number:  972995    Invoice Date:  12/02/2009
Account Name:    Noble International, Ltd.
Account Number:  NI052680
Amount Due:

| Direct | EFT | Prepaid |
|---|---|---|
| $6,296.55 | $0.00 | $0.00 |

Amount Enclosed
$

☐ Check if name or address has changed. Please supply the new information on the reverse side.

Send checks payable to:
Hartford Financial Services, Inc.
P.O. Box 415738
Boston, MA 02241-5738

OR EFT to:
Bank of America
Account#/Name: 9417518033/Hartford Fire Insurance
ABA# for ACH transactions: 0119-0025-4
ABA# for WIRE transactions: 0260-0959-3


**THE HARTFORD**

# Invoice

Invoice Number: 929447

**Noble International, Ltd.**

Account Number: NI052680
Invoice Date: 09/17/2009

| Payment Method | EFT | Direct Check | Prepaid |
|---|---|---|---|
| Amount | $0.00 | $780,088.67 | $0.00 |
| Due Date | 09/22/2009 | 10/17/2009 | 09/17/2009 |

To  BRIGID O'DROSKI
    CONTROLLER
    NOBLE INTERNATIONAL, LTD.

| Receivable Item | Valuation Date | EFT | Direct Check | Prepaid | Total Due |
|---|---|---|---|---|---|
| **LOSS** | | | | | |
| Loss Reimbursement | 08/31/2009 | $0.00 | $0.00 | $70,087.96 | |
| Payment from Prefunded | | $0.00 | $0.00 | -$70,087.96 | |
| Prefunded Reassessment | 08/31/2009 | $0.00 | $772,611.78 | $0.00 | |
| Total LOSS | | $0.00 | $772,611.78 | $0.00 | $772,611.78 |
| **SERVICE** | | | | | |
| Service Fees | 08/31/2009 | $0.00 | $7,476.89 | $0.00 | |
| Total SERVICE | | $0.00 | $7,476.89 | $0.00 | $7,476.89 |
| **Account Totals** | | $0.00 | $780,088.67 | $0.00 | $780,088.67 |

This invoice reflects the charges for the current billing period only, and may not represent all amounts due. Please notify us at 1-888-346-3119 or via fax at (860)547-5712 if you have any questions regarding this invoice.

Please enclose the bottom portion with your payment.

Invoice Number: 929447        Invoice Date: 09/17/2009
Account Name:   Noble International, Ltd.
Account Number: NI052680
Amount Due:

| Direct | EFT | Prepaid |
|---|---|---|
| $780,088.67 | $0.00 | $0.00 |

**Amount Enclosed**
$

☐ Check if name or address has changed. Please supply the new information on the reverse side.

Send checks payable to:
Hartford Financial Services, Inc.
Department #5454
P.O. Box 30000
Hartford, CT  06150-5454

OR EFT to:
Bank of America
Account#/Name: 9417518033/Hartford Fire Insurance
ABA# for ACH transactions: 0119-0025-4
ABA# for WIRE transactions: 0260-0959-3



# THE HARTFORD

# Invoice

Invoice Number: 957966

**Noble International, Ltd.**

| Payment Method | EFT | Direct Check | Prepaid |
|---|---|---|---|
| Amount | $0.00 | $48,555.87 | $0.00 |

Account Number: NI052680
Invoice Date: 11/02/2009

| | Due Date | | |
|---|---|---|---|
| | 11/07/2009 | 12/02/2009 | 11/02/2009 |

To: BRIGID O'DROSKI
    CONTROLLER
    NOBLE INTERNATIONAL, LTD.

| Receivable Item | Valuation Date | EFT | Direct Check | Prepaid | Total Due |
|---|---|---|---|---|---|
| **LOSS** | | | | | |
| Loss Reimbursement | 10/31/2009 | $0.00 | $0.00 | $455,181.88 | |
| Payment from Prefunded | | $0.00 | $0.00 | -$455,181.88 | |
| Total LOSS | | $0.00 | $0.00 | $0.00 | $0.00 |
| **SERVICE** | | | | | |
| Service Fees | 10/31/2009 | $0.00 | $48,555.87 | $0.00 | |
| Total SERVICE | | $0.00 | $48,555.87 | $0.00 | $48,555.87 |
| **Account Totals** | | $0.00 | $48,555.87 | $0.00 | $48,555.87 |

This invoice reflects the charges for the current billing period only, and may not represent all amounts due. Please notify us at 1-888-346-3119 or via fax at (860)547-5712 if you have any questions regarding this invoice.

Please enclose the bottom portion with your payment.

Invoice Number: 957966    Invoice Date: 11/02/2009
Account Name: Noble International, Ltd.
Account Number: NI052680
Amount Due:

| Direct | EFT | Prepaid |
|---|---|---|
| $48,555.87 | $0.00 | $0.00 |

Amount Enclosed
$

☐ Check if name or address has changed. Please supply the new information on the reverse side.

Send checks payable to:
Hartford Financial Services, Inc.
P.O. Box 415738
Boston, MA 02241-5738

OR EFT to:
Bank of America
Account#/Name: 9417518033/Hartford Fire Insurance
ABA# for ACH transactions: 0119-0025-4
ABA# for WIRE transactions: 0260-0959-3