**EXHIBIT A**
**Unclaimed Distributions**

| Check # | Check Date | Vendor | Vendor Name | Amount |
|---|---|---|---|---|
| 10063 | 6/4/2013 | *A0012 | *ARCELORMITTAL SA | 65,987.32 |
| 10064 | 6/4/2013 | *A0011 | *ARCELORMITTAL USA LLC | 62.00 |
| 10079 | 6/4/2013 | *D0003 | *DELACO STEEL CORPORATION | 321.89 |
| 10112 | 6/4/2013 | *K0002 | *KENTUCKY UTILITIES COMPANY | 811.36 |
| 10116 | 6/4/2013 | *L0002 | *LAWSON PRODUCTS INC | 303.28 |
| 10161 | 7/31/2013 | *M0005 | *MICROSOFT LICENSING GP | 5,122.35 |
| | | | | 73,931.81 |