# EXHIBIT A

# EXHIBIT A
## Undeliverable Distributions - Second Distribution

| Check # | Check Date | Vendor Name | Amount |
|---|---|---|---|
| 106 | 8/26/2015 | Emhart Teknologies LLC | $52.00 |
| 124 | 8/26/2015 | Acemco Inc. | $338.00 |
| 126 | 8/26/2015 | Microsoft Leasing GP | <u>$424.00</u> |
| | | **Total Undeliverable Distributions** | **$814.00** |